#1030107

*R.C. Olmstead, Inc. v. CU Interface, LLC*, Case No.: 5:08CV0234, Judge Sara Lioi

**EXHIBIT C**
**Software Development Contract**
**CSE 00018-00031**

    Pursuant to the stipulated protective order entered into by the parties hereto, the Software Development Contract is being filed with the Court electronically, pursuant to the modified protective order.

        Respectfully submitted,

        S/STEPHEN M. NOWAK
        GEORGE H. CARR (0069372)
        JAY CLINTON RICE (0000349)
        STEPHEN M. NOWAK (0078349)
        GALLAGHER SHARP
        Sixth Floor, Bulkley Building
        1501 Euclid Avenue
        Cleveland, OH 44115
        (216) 241-5310
        Fax: (216) 241-1608
        e-mail: gcarr@gallaghersharp.com
              jrice@gallaghersharp.com
              snowak@gallaghersharp.com
        Attorneys for Defendant
        Canton School Employees Federal Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2008, a copy of Exhibit C is being filed with the Court electronically, pursuant to the modified protective order.

S/ STEPHEN M. NOWAK
GEORGE H. CARR (0069372)
JAY CLINTON RICE (0000349)
STEPHEN M. NOWAK (0078349)
Attorneys for Defendant
Canton School Employees Federal Credit Union
